IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PUREWORKS, INC.                     )
                                    )
v.                                  ) NO. 3-10-0846
                                    ) JUDGE CAMPBELL
UNIQUE SOFTWARE                     )
SOLUTIONS, INC.                     )

ORDER

Pending before the Court is Plaintiff's Motion to Stay Enforcement of Interim Award (Docket No. 32). Plaintiff asks this Court to stay enforcement of an arbitrator's interim order pending completion of the arbitration.[1]

Plaintiff's Motion is denied. This action is already stayed "until the arbitration is complete." Docket No. 25. Plaintiff represents that the arbitration is not complete. No party has filed a Motion to Lift the Stay.

Moreover, Plaintiff alleges that the arbitrator ordered payment of the interim award by April 25, 2012. That date has already passed. Plaintiff also asserts that the remaining issues in the arbitration with be decided in the next 25 days from the date of the arbitrator's Interim Order. That date also has passed.

For these reasons, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1]     Plaintiff states that it is filing this Motion pursuant to Fed. R. Civ. P. 62, but that rule deals with stays of proceedings to enforce judgments, and there is no judgment in this case.