IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PUREWORKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIQUE SOFTWARE SOLUTIONS, INC., ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 3:10-cv-0846 <br><br> JUDGE CAMPBELL |

### AMENDED AGREED ORDER AUTHORIZING DISBURSEMENT OF FUNDS

Certain funds were deposited into the Registry of the Court pursuant to the Agreed Order Allowing Deposit of Funds Into Court and Staying Enforcement of Judgment (Document 68). As evidenced by the signatures of their counsel set forth below, the parties have agreed that such funds should be disbursed to Defendant Unique Software Solutions, Inc. on account of the Order and Judgment (Document 52) immediately upon entry of this order on the terms and conditions set forth below:

1. The Clerk of this Court is authorized and directed to (a) close out the interest bearing account with SunTrust Bank that was created pursuant to the Agreed Order Allowing Deposit of Funds Into Court and Staying Enforcement of Judgment (Document 68), (b) wire the funds to US Bank for the benefit of Unique Software Solutions, Inc. in the principal amount of $1,361,584.95 plus all interest earned on the account less the Clerk's registry fee of 10% of the interest earned on the account and any additional bank fees.

2. Counsel for Unique Software Solutions, Inc. shall designate and supply to the Clerk of the Court the name, address and social security number of the individual or individuals who will receive the monies. Corporations, associations and all others will supply the employer identification number with the correct title and address.

3. Nothing in this Order shall be construed to alter or affect any further rights of the parties, including, but not limited to, rights to the recovery of any additional costs, interest or attorneys' fees.

IT IS SO ORDERED.

_____
Hon. Todd J. Campbell, Judge


APPROVED FOR ENTRY:


   s/ Garry K. Grooms by WNM with consent   
Randall H. Miller
Corinne E. Martin
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
615-782-2200 (Telephone)
615-782-2371 (Facsimile)
garry.grooms@stites.com
corinne.martin@stites.com

Counsel for Unique Software Solutions, Inc.




        s/ W. Neal McBrayer                          
W. Neal McBrayer
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201
615-651-6700 (Telephone)
615-651-6701 (Facsimile)
neal.mcbrayer@butlersnow.com

Counsel for PureWorks, Inc.

ButlerSnow 19270153v1

3